UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH E. HENDRICKS, JR.,

    Plaintiff,

v.                                           Case No. 8:05-CV-1073-T-23EAJ

PINELLAS COUNTY COMMISSION, et al.,

    Defendants.
_____/

### ORDER

Hendrick's "Motion for Intervention" (Doc. 8) is DENIED. The civil rights complaint was dismissed and the action was closed on June 21, 1995. See Order (Doc. 3).

ORDERED in Tampa, Florida, on ___July 25th___, 2005.

                                                           Steven D. Merryday
                                                      UNITED STATES DISTRICT JUDGE

SA/ro